UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON STATE INDETERMINATE SENTENCE REVIEW BOARD, et al., <br><br> Defendants. | CASE NO. C22-5987-RSL-BAT <br><br> **ORDER** |

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, Chief United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **ORDERS** as follows:

1. The Report and Recommendation is **ADOPTED**;

2. Plaintiff's application to proceed *in forma pauperis*, Dkt. 1, is **DENIED**;

3. This matter is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g) and standing bar orders, *see In re John Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992); *In re Complaints and Petitions Submitted by John Robert Demos*, (W.D. Wash. Dec. 15, 1982); and

4. The Clerk shall send a copy of this Order to plaintiff and to Judge Tsuchida.

ORDER - 1

Dated this   22nd   day of    December   , 2022.

*[Signature]*
ROBERT S. LASNIK
United States District Judge

ORDER - 2